MAYME S. SMITH, as Administratrix of the Estate of
FRED A. SMITH, Deceased, Respondent, *v.* THE COM-
MERCIAL TRAVELERS' MUTUAL ACCIDENT ASSOCIATION
OF AMERICA, Appellant.

(Submitted April 23, 1929; decided May 28, 1929.)

*Colin McLennan* for appellant.

*Kenneth B. Keating* for respondent.

Judgment affirmed, with costs, on the ground that the
evidence fails to show the date of the mailing of the notice
of assessment; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG and O'BRIEN, JJ. Not sitting: HUBBS, J.